Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Heather J. Zacharia, SBN 280444
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California  94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
         susan.olson@bullivant.com
         heather.zacharia@bullivant.com

Attorneys for Plaintiffs

**IT IS SO ORDERED**
*Judge Yvonne Gonzalez Rogers*
4/27/15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT ROSS HAZARD, an individual, dba Hazard Concrete Construction,<br><br>Defendant. | Case No.:  4:15-cv-00935-YGR<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Plaintiffs hereby request that this Court dismiss this action, without prejudice, against Robert Ross Hazard, an individual dba Hazard Concrete Construction, pursuant to Federal Rule of Civil Procedure Rule 41(a).

///

///

///

– 1 –
NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE

Defendant has not appeared in this case.

DATED: April 23, 2015

BULLIVANT HOUSER BAILEY PC

By  /s/ Heather J. Zacharia
    Heather J. Zacharia

Attorneys for Plaintiffs

15513934.1

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey, PC ("the business"), 235 Pine Street, Suite 1500, San Francisco, CA 94104. I am over the age of 18 and not a party to this action. On April 23, 2015, I served the document(s) entitled:

**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE**

upon the following party(ies):

Robert Ross Hazard
127 Monte Sereno Place
Alamo, CA  94507

☒  BY MAIL (CCP § 1013(a)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 23, 2015, at San Francisco, California.

_____
Kristina M. Clark

\*\*\*\*\*

– 3 –
NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE